# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

..............................................
**MICHAEL HUFFINGTON,**

   **Plaintiff,**

   v.

**T.C. GROUP, LLC, THE CARLYLE
GROUP, CARLYLE CAPITAL
CORPORATION, LTD., CARLYLE
INVESTMENT MANAGEMENT, LLC,
and DAVID M. RUBENSTEIN,**

   **Defendants.**
..............................................

C. A. No. 09-CV-11256-PBS

### AFFIDAVIT OF MICHAEL HUFFINGTON

I, Michael Huffington, being duly sworn, hereby depose and say:

1. I am the Plaintiff in the above-captioned action. This affidavit is based on my own personal knowledge of the facts set forth herein.

2. On or about May 9, 2006, I formed the Lanai Living Trust (the "Trust"), as its grantor, in accordance with Massachusetts law.

3. I was at all times the sole trustee and beneficiary of the Trust.

4. All assets held by the Trust were personally contributed by me or paid for with my own personal financial resources.

5. On or about January 9, 2007, I committed to purchasing 1,000,000 (one million) Series B Shares of Carlyle Capital Corporation, Ltd. (the "Carlyle Shares") for a total purchase price of $20,000,000. The purchase price for this investment was paid from my own personal funds. At all times I was the sole beneficial owner of the shares.

6.  On or about October 31, 2007, the Trust was amended and revoked. At that time, all assets, including the Carlyle Shares, reverted back to me.

7.  I informed the Carlyle Group of the Trust revocation, but received no response to my inquiry as to whom I should send any necessary documentation.

Signed under the pains and penalties of perjury this 28 day of OCTOBER, 2009.

_____
Michael Huffington

*512724_1.doc*